**DISMISSED; Opinion Filed August 15, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00127-CV

**MICHAEL D. LONG AND SOLAR MOD SYSTEMS, INC., Appellants**
**V.**
**JAMES D. VINCENT, JR. AND RANDALL T. WILSON D/B/A SPECIALIZED ARMOR GROUP, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-04262**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Justice Evans

Before the Court is appellants' motion to dismiss this interlocutory appeal. Appellants state the parties have settled their claims. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David Evans/
DAVID EVANS
JUSTICE

180127F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL D. LONG AND SOLAR MOD
SYSTEMS, INC., Appellants

No. 05-18-00127-CV      V.

JAMES D. VINCENT, JR. AND
RANDALL T. WILSON D/B/A
SPECIALIZED ARMOR GROUP,
Appellees

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-04262.
Opinion delivered by Justice Evans, Chief
Justice Wright and Justice Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed to by the parties, we **ORDER** each party bear its own costs of this appeal.

Judgment entered this 15th day of August, 2018.